ACCEPTED
15-25-00124-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/12/2025 12:00 AM
CHRISTOPHER A. PRINE
CLERK

Cause No. 15-25-00124-CV

| | | |
|---|---|---|
| Brian Beckcom | § | FILED IN<br>15th COURT OF APPEALS |
| | § | Court of Appeals of the AUSTIN, TEXAS |
| v. | § | 11/12/2025 12:00:00 AM |
| | § | Fifteenth District CHRISTOPHER A. PRINE |
| Texas A&M University | § | Clerk |

## Amended Certificate of Conference for Appellant's Motion to Extend Deadline to File Appellant's Brief and Appendix

I certify that on November 11, 2025, I received an email Appellee's counsel, Jason Contreras, who informed me that he does not oppose the relief requested in Appellant's Motion to Extend Deadline to File Appellant's Brief and Appendix.

Respectfully submitted,

*/s/ Matthew J. Kita*
Matthew J. Kita
Texas Bar No. 24050883
3110 Webb Avenue, Suite 150
Dallas, Texas 75205
(214) 699-1863
matt@mattkita.com

Counsel for Appellant

### Certificate of Service

I certify that on November 10, 2025, I served a copy of this motion on all counsel of record via e-filing in accordance with Texas Rule of Appellate Procedure 9 and this Court's local rules.

*/s/ Matthew J. Kita*
Matthew J. Kita

- 1 -

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Matthew Kita on behalf of Matthew Kita
Bar No. 24050883
matt@mattkita.com
Envelope ID: 107897065
Filing Code Description: Other Document
Filing Description: Amended Certificate of Conference for Appellant???s Motion to Extend Deadline to File Appellant???s Brief and Appendix
Status as of 11/12/2025 7:27 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Matthew J.Kita | | matt@mattkita.com | 11/11/2025 8:22:44 AM | SENT |
| Jason T.Contreras | | jason.contreras@oag.texas.gov | 11/11/2025 8:22:44 AM | SENT |